IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **1:22cr88-MHT** |
| | ) | **(WO)** |
| **SAMUEL WARREN STYRON** | ) | |

**ORDER**

Based on the representations made on the record on June 10, 2022, and upon consideration of defendant Samuel Warren Styron's motion for release to treatment (Doc. 26), with the attachments in it, it is ORDERED that:

(1) Said motion is granted pursuant to the order entered by Magistrate Judge Pate on May 11, 2022 (Doc. 17).

(2) Effective June 13, 2022, defendant Samuel Warren Styron is to be released to the custody of the Federal Defender to participate in, and successfully complete, The Haven program, as approved by the United States Probation Office for treatment of substance abuse (including alcohol addiction) as directed, which

may include testing to determine whether defendant Styron has used drugs and alcohol.

(3) Defendant Styron's conditions of supervised release are modified to add the condition that he is to successfully complete the inpatient treatment program described in the preceding paragraph.

(4) The hearing on the amended revocation petition (Doc. 8) is continued generally.

(5) By July 8, 2022, the parties are to file a joint report on how defendant Styron is faring and whether and when the hearing on the amended revocation petition should be set

DONE, this the 13th day of June, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE