IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:22cr88-MHT |
| | ) | (WO) |
| SAMUEL WARREN STYRON | ) | |
| | ) | |

REVOCATION JUDGMENT

Based on the representations made on the record during the conference call on December 16, 2022, considering the factors outlined in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), *see* also 18 U.S.C. § 3583(e), and with the agreement of the parties and the supervising probation officer, it is ORDERED that:

(1) Defendant Samuel Warren Styron's term of supervision is revoked on violations 1 through 3 of the amended petition for revocation.  *See* Order Adjudging Styron Guilty of Charges 1, 2, and 3 in the Amended Petition for Revocation (Doc. 37); Amended Petition for Revocation (Doc. 3 and Doc. 8).

(2) Defendant Sam Styron is sentenced to a term of imprisonment of time served with no term of supervision to follow.

DONE, this the 19th day of December, 2022.

                                         /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE